IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA L. CRUZ, | : | |
| Plaintiff | : | Civil Case Number |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | NO. 09-cv-3010 |
| COMMISSIONER OF THE SOCIAL | : | |
| SECURITY ADMINISTRATION | : | |
| Defendant | : | |

## ORDER

AND NOW, this 13th day of September, 2010, upon consideration of plaintiff's request for review, and defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

1. The Report and Recommendation is approved and adopted; and

2. The plaintiff's request for review is denied.

BY THE COURT:

/s/ LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.